May 9, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

ROSALIE BRANDY HART, Appellant

NO. 14-12-01014-CV                          V.

PAUL  ROBERT HART, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on September 20, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Rosalie Brandy Hart.

We further order this decision certified below for observance.